**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  JOHNS, ALEXANDER B.   §   Case No. 17-18254
                              §
                              §
                              §
         Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/16/2017. The undersigned trustee was appointed on 06/16/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $        26,199.16

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,105.00 |
| Bank service fees | 61.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 25,033.04 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/27/2017 and the deadline for filing governmental claims was 12/27/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,369.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,369.92, for a total compensation of $3,369.92[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,067.57 for total expenses of $1,067.57[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/27/2018            By: /s/ Richard M. Fogel
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Form 1

Exhibit A

# Individual Estate Property Record and Report

Page: 1

## Asset Cases

Case No.: 17-18254  
Case Name: JOHNS, ALEXANDER B.  
For Period Ending: 11/27/2018

Trustee Name: (330720) Richard M. Fogel  
Date Filed (f) or Converted (c): 06/16/2017 (f)  
§ 341(a) Meeting Date: 07/18/2017  
Claims Bar Date: 12/27/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>2314 Lincoln Park West 4N and 4S, Chicago, IL 60614-3453-Condominium: Abandoned per o/c 8-1-17 | 1,100,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES<br>2011 Audi A4, 71000 miles: No equity. Automatic stay modified 11-28-17 | 10,561.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHING<br>Usual and ordinary household goods and furnishings (most 10-20 years old) including but not limited to Stickley reproduction armchairs, coffee table and bookcase; marble dining table; LifeFitness 95xe elliptical trainer and misc. Some items in storage locker belong to children. Location: Life Storage, 1840 N Clybourn Ave, Chicago, IL 60614: Inconsequential value | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS<br>Usual and ordinary, ipod, headphones, old game system and misc. Location: San Francisco and in storage unit with household goods and furnishings above: Exempt | 100.00 | 0.00 | | 0.00 | FA |
| 5 | COLLECTIONS<br>Papers, posters, personal photos, kids art projects, etc. Location: Life Storage, 1030 W North Ave, Chicago, IL 60642 4 paintings at a friend's house for climate-controlled storage: Inconsequential value | 2,600.00 | 145.20 | | 0.00 | FA |
| 6 | SPORTING EQUIPMENT<br>25 year old skis and ski boots, 4 snow tires Location: Life Storage, 1030 W North Ave, Chicago, IL 60642: Exempt | 100.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHES<br>Location: San Francisco and 2440 N. Lakeview Ave., #16B, Chicago, IL.- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 8 | FURS AND JEWELRY<br>Wedding ring, mother's old costume jewelry Location: storage locker with household goods and furnishings above: Inconsequential value | 200.00 | 0.00 | | 0.00 | FA |
| 9 | COLLECTIONS<br>2 cases of wines: Inconsequential value | 200.00 | 200.00 | | 0.00 | FA |
| 10 | CASH ON HAND<br>Exempt | 25.00 | 0.00 | | 0.00 | FA |
| 11 | BANK ACCOUNTS<br>Resource Management: UBS Financial Services Inc. (x64M9): Exempt | 1,020.20 | 0.00 | | 0.00 | FA |
| 12 | BANK ACCOUNTS<br>Checking: UBS Financial Services, Inc. - daughter's checking account, Debtor previously custodian may still be associated with in some way disclosed here in an abundance of caution only: Inconsequential value | 70.11 | 70.11 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| Case No.: | 17-18254 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | JOHNS, ALEXANDER B. | Date Filed (f) or Converted (c): | 06/16/2017 (f) |
| | | § 341(a) Meeting Date: | 07/18/2017 |
| For Period Ending: | 11/27/2018 | Claims Bar Date: | 12/27/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 13 | STOCK AND BUSINESS INTERESTS<br>8,818 shares MaxCyte stock - publicly traded in London- Trustee authorized to sell stock per o/c 10-19-17.  Sale closed 8/7/18. | 0.00 | 25,000.00 | | 26,199.16 | FA |
| 14 | STOCK AND BUSINESS INTERESTS<br>Arete Strategies, LLC - consulting business - Electronics: 2012 Apple MacBook Pro, 2013 Apple iPad Air 2, 2013 Apple iPhone 5S, 2017 Apple iPhone 7, 2-2016 Acer 25" displays (est. value $1,500). - Resource management account with UBS (x18M9): $0.00 balance - one old uncollectible receivable - potential claim against client for breach of, 100% ownership: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 15 | STOCK AND BUSINESS INTERESTS<br>Nonpublic stock and businesses: 40 shares of Novian Health (closely held corporation) - purchased in 2006 for $50,000 - estimated gross value $20,000: No equity | 20,000.00 | 0.00 | | 0.00 | FA |
| 16 | PENSION PLANS AND PROFIT SHARING<br>SEP-IRA: UBS Financial Services, Inc.: Exempt | 49,146.65 | 0.00 | | 0.00 | FA |
| 17 | PENSION PLANS AND PROFIT SHARING<br>IRA: UBS Financial Services, Inc.: Exempt | 40,528.56 | 0.00 | | 0.00 | FA |
| 18 | PENSION PLANS AND PROFIT SHARING<br>IRA: Morgan Stanley Wealth Management: Exempt | 921.00 | 0.00 | | 0.00 | FA |
| 19 | SECURITY DEPOSITS AND PREPAYMENTS<br>Life Storage:  Inconsequential value | Unknown | 0.00 | | 0.00 | FA |
| 20 | SECURITY DEPOSITS AND PREPAYMENTS<br>Com Ed: Inconsequential value | Unknown | 0.00 | | 0.00 | FA |
| 21 | INTEREST IN EDUCATION IRA<br>UBS Financial Services 529 Account for daughter: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 22 | FAMILY SUPPORT<br>Cross claims with former spouse: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 23 | INTEREST IN INSURANCE POLICIES<br>Blue Cross and Blue Shield (health), Progressive (homeowners) and Travelers (auto) polices: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 24 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Potential claim/counter-claim against Inland Bank: Inconsequential value | Unknown | 0.00 | | 0.00 | FA |
| 25 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Potential claim/counter-claim against condo association: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 3

| Case No.: | 17-18254 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | JOHNS, ALEXANDER B. | Date Filed (f) or Converted (c): | 06/16/2017 (f) |
| | | § 341(a) Meeting Date: | 07/18/2017 |
| For Period Ending: | 11/27/2018 | Claims Bar Date: | 12/27/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Assets Totals (Excluding unknown values) | $1,230,672.52 | $25,415.31 | | $26,199.16 | $0.00 |

**Major Activities Affecting Case Closing:**

3/31/18- Trustee was authorized to sell debtor's shares of stock in company traded on London Stock Exchange, but encountered delays in obtaining possession of the share certificate and has not been able to liquidate as of this date.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018    **Current Projected Date Of Final Report (TFR):** 12/31/2018

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-18254 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | JOHNS, ALEXANDER B. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5631 | Account #: | ******8600 Checking |
| For Period Ending: | 11/27/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/14/18 | | Oppenheimer & Co, Inc | Proceeds of sale of stock | | 25,094.16 | | 25,094.16 |
| | {13} | Oppenheimer & Co., Inc. | Proceeds of sale of stock $26,199.16 | 1129-000 | | | 25,094.16 |
| | | Oppenheimer & Co, Inc | Commission per o/c 10-19-17 -$1,105.00 | 3991-500 | | | 25,094.16 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.24 | 25,074.92 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.23 | 25,055.69 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.65 | 25,033.04 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 25,094.16 | 61.12 | $25,033.04 |
| Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| **Subtotal** | | 25,094.16 | 61.12 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$25,094.16** | **$61.12** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-18254 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | JOHNS, ALEXANDER B. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5631 | **Account #:** | ******8600 Checking |
| **For Period Ending:** | 11/27/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8600 Checking | $25,094.16 | $61.12 | $25,033.04 |
| | **$25,094.16** | **$61.12** | **$25,033.04** |

# Exhibit C

## Exhibit C

**Case: 17-18254**                                              **ALEXANDER B JOHNS**

Claims Bar Date: 12/27/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2S | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><4300-000 Internal Revenue Service Tax Liens><br>, 510 | Secured<br>10/03/17 | | $28,081.30<br>$28,081.30 | $0.00 | $28,081.30 |
| | Subordinated to claims allowed under section 507(a)(1)(C) and (a)(1)(A) per section 724(b)(2) | | | | | |
| ACCT | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>10/25/18 | | $927.50<br>$927.50 | $0.00 | $927.50 |
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>08/27/18 | | $3,369.92<br>$3,369.92 | $0.00 | $3,369.92 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>11/05/18 | | $1,067.57<br>$1,067.57 | $0.00 | $1,067.57 |
| 2P | Department of Treasury- Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>10/03/17 | | $67,744.89<br>$67,744.89 | $0.00 | $67,744.89 |
| 6 | Edith Loper Johns<br>1351 W Elmdale Avenue #1<br>Chicago, IL 60660<br><5100-000 Domestic Support Obligations - § (507)(a)(1)><br>, 500 | Priority<br>12/14/17 | | $57,041.07<br>$57,041.07 | $0.00 | $57,041.07 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Exhibit C

**Case: 17-18254**                                           **ALEXANDER B JOHNS**

Claims Bar Date: 12/27/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9P | Illinois Department of Revenue, <br> <5800-000 Claims of Governmental Units - § 507(a)(8)> <br> , 570 | Priority <br> 08/14/18 | | $8,836.43 <br> $8,836.43 | $0.00 | $8,836.43 |
| 1 | Cavalry SPV I, LLC <br> 500 Summit Lake Drive, Ste 400 <br> Valhalla, NY 10595 <br> <7100-000 Section 726(a)(2) General Unsecured Claims> <br> , 610 | Unsecured <br> 09/27/17 | | $17,996.78 <br> $17,996.78 | $0.00 | $17,996.78 |
| 2U | Department of Treasury- Internal Revenue Service <br> PO Box 7317 <br> Philadelphia, PA 19101-7317 <br> <7100-000 Section 726(a)(2) General Unsecured Claims> <br> , 610 | Unsecured <br> 10/03/17 | | $8,687.79 <br> $8,687.79 | $0.00 | $8,687.79 |
| 3 | Gary Mart <br> 333 N. Michigan Avenue, Suite 932 <br> Chicago, IL 60601 <br> <7100-000 Section 726(a)(2) General Unsecured Claims> <br> , 610 | Unsecured <br> 10/13/17 | | $1,000.00 <br> $1,000.00 | $0.00 | $1,000.00 |
| 4 | Goodman Tovrov <br> 105 W Madison Suite 1500 <br> Chicago, IL 60602 <br> <7100-000 Section 726(a)(2) General Unsecured Claims> <br> , 610 | Unsecured <br> 10/18/17 | | $19,053.90 <br> $19,053.90 | $0.00 | $19,053.90 |
| 5 | Inland Bank <br> 2805 Butterfield Road <br> Oak Brook, IL 60523 <br> <7100-000 Section 726(a)(2) General Unsecured Claims> <br> , 610 | Unsecured <br> 10/18/17 | | $284,160.97 <br> $284,160.97 | $0.00 | $284,160.97 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

## Exhibit C

## Exhibit C

**Case: 17-18254**  **ALEXANDER B JOHNS**

Claims Bar Date: 12/27/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7A | The Conservatory Condominium Association c/o Kovitz Shifrin Nesbit 175 N. Archer Ave. Mundelein, IL 60060 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610  Secured claim amended on 12-22-17 | Unsecured 12/21/17 | | $131,798.69 $131,798.69 | $0.00 | $131,798.69 |
| 8 | Henry R. Applebaum 430 W. Erie Street, Suite 500 Chicago, IL 60654 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 12/27/17 | | $54,678.77 $54,678.77 | $0.00 | $54,678.77 |
| 9U | ILLINOIS DEPARTMENT OF REVENUE, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/14/18 | | $926.06 $926.06 | $0.00 | $926.06 |
| | | | | **Case Total:** | **$0.00** | **$685,371.64** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-18254
Case Name: ALEXANDER B JOHNS
Trustee Name: Richard M. Fogel

**Balance on hand:** $ 25,033.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Internal Revenue Service | 28,081.30 | 28,081.30 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 25,033.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 3,369.92 | 0.00 | 3,369.92 |
| Trustee, Expenses - Richard M. Fogel | 1,067.57 | 0.00 | 1,067.57 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 927.50 | 0.00 | 927.50 |

Total to be paid for chapter 7 administrative expenses:  $ 5,364.99
Remaining balance:  $ 19,668.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 19,668.05

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $133,622.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Department of Treasury- Internal Revenue Service | 67,744.89 | 0.00 | 0.00 |
| 6 | Edith Loper Johns | 57,041.07 | 0.00 | 19,668.05 |
| 9P | Illinois Department of Revenue | 8,836.43 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 19,668.05 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $518,302.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Cavalry SPV I, LLC | 17,996.78 | 0.00 | 0.00 |
| 2U | Department of Treasury- Internal Revenue Service | 8,687.79 | 0.00 | 0.00 |
| 3 | Gary Mart | 1,000.00 | 0.00 | 0.00 |
| 4 | Goodman Tovrov | 19,053.90 | 0.00 | 0.00 |
| 5 | Inland Bank | 284,160.97 | 0.00 | 0.00 |
| 7A | The Conservatory Condominium Association c/o Kovitz Shifrin Nesbit | 131,798.69 | 0.00 | 0.00 |
| 8 | Henry R. Applebaum | 54,678.77 | 0.00 | 0.00 |
| 9U | ILLINOIS DEPARTMENT OF REVENUE | 926.06 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

**UST Form 101-7-TFR(5/1/2011)**

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**