IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 17-18254 |
| Johns, Alexander B. | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on November 27, 2018, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.276.1334

{4273 CER A0502379.DOC}
79524697.v1

# Mailing Information for Case 17-18254

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- Ariane Holtschlag    aholtschlag@wfactorlaw.com

**Manual Notice List (Via U.S. Mail)**

Alexander B. Johns
204 E. 2nd Ave. #332
San Mateo, CA  94401-3904

Illinois Department of Revenue
PO Box 19035
Springfield, IL  62794-9035

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Edith Looper Johns
1351 W. Elmdale Ave. #1
Chicago, IL  60660

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste. 400
Valhalla, NY  10595

Gary Mart
333 N. Michigan Ave., Suite 932
Chicago, IL  60601

Goodman Tovrov
105 W. Madison St., Suite 1500
Chicago, IL  60602

Inland Bank
2805 Butterfield Rd.
Oak Brook, IL  60523

The Conservatory Condominium Assoc.
c/o Kovits Shifrin Nesbit
175 N. Archer
Mundelein, IL  60060

Henry R. Applebaum
430 W. Erie St., Suite 500
Chicago, IL  60654