**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: JOHNS, ALEXANDER B. § Case No. 17-18254
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,230,672.52 *(without deducting any secured claims)* | Assets Exempt: $112,296.21 |
| Total Distributions to Claimants: $19,668.05 | Claims Discharged Without Payment: $666,617.10 |
| Total Expenses of Administration: $6,531.11 | |

    3) Total gross receipts of $26,199.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $26,199.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $765,679.00 | $28,081.30 | $28,081.30 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,531.11 | $6,531.11 | $6,531.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $68,419.92 | $133,622.39 | $133,622.39 | $19,668.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $680,703.14 | $518,302.96 | $518,302.96 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,514,802.06 | $686,537.76 | $686,537.76 | $26,199.16 |

4) This case was originally filed under chapter 7 on 06/16/2017. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/18/2019    By: /s/ Richard M. Fogel
                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK AND BUSINESS INTERESTS | 1129-000 | $26,199.16 |
| **TOTAL GROSS RECEIPTS** | | **$26,199.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Internal Revenue Service | 4300-000 | $32,344.00 | $28,081.30 | $28,081.30 | $0.00 |
| N/F | Internal Revenue Service | 4110-000 | $2,743.00 | NA | NA | NA |
| N/F | Volkswagen Credit, Inc | 4110-000 | $10,583.00 | NA | NA | NA |
| N/F | Wells Fargo Hm Mortgag | 4110-000 | $720,009.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$765,679.00** | **$28,081.30** | **$28,081.30** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $3,369.92 | $3,369.92 | $3,369.92 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $1,067.57 | $1,067.57 | $1,067.57 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $61.12 | $61.12 | $61.12 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $927.50 | $927.50 | $927.50 |
| Personal Property Broker for Trustee Fees - Oppenheimer & Co, Inc | 3991-500 | NA | $1,105.00 | $1,105.00 | $1,105.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$6,531.11** | **$6,531.11** | **$6,531.11** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department of Treasury- Internal Revenue Service | 5800-000 | NA | $67,744.89 | $67,744.89 | $0.00 |
| 6 | Edith Loper Johns | 5100-000 | $61,402.92 | $57,041.07 | $57,041.07 | $19,668.05 |
| 9P | Illinois Department of Revenue | 5800-000 | NA | $8,836.43 | $8,836.43 | $0.00 |
| N/F | Franchise Tax Board | 5600-000 | $1,442.00 | NA | NA | NA |
| N/F | Franchise Tax Board | 5600-000 | $2,576.00 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 5600-000 | $1,187.00 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 5600-000 | $1,162.00 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 5600-000 | $650.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$68,419.92** | **$133,622.39** | **$133,622.39** | **$19,668.05** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | $17,997.00 | $17,996.78 | $17,996.78 | $0.00 |
| 2U | Department of Treasury- Internal Revenue Service | 7100-000 | NA | $8,687.79 | $8,687.79 | $0.00 |
| 3 | Gary Mart | 7100-000 | $500.00 | $1,000.00 | $1,000.00 | $0.00 |
| 4 | Goodman Tovrov | 7100-000 | $4,002.00 | $19,053.90 | $19,053.90 | $0.00 |
| 5 | Inland Bank | 7100-000 | $291,584.00 | $284,160.97 | $284,160.97 | $0.00 |
| 7A | The Conservatory Condominium Associationc/o Kovitz Shifrin Nesbit | 7100-000 | $168,306.00 | $131,798.69 | $131,798.69 | $0.00 |
| 8 | Henry R. Applebaum | 7100-000 | $50,000.00 | $54,678.77 | $54,678.77 | $0.00 |
| 9U | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | $926.06 | $926.06 | $0.00 |
| N/F | Barclays Bank Delaware | 7100-000 | $35,201.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $64,076.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $3,618.00 | NA | NA | NA |
| N/F | Chicago Appliance Service Co | 7100-000 | $355.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $3,149.00 | NA | NA | NA |
| N/F | Enso Karate | 7100-000 | $750.00 | NA | NA | NA |
| N/F | Fischel & Kahn, Ltd. | 7100-000 | $4,500.00 | NA | NA | NA |
| N/F | Iris S. Witkowsky, Trustee of the | 7100-000 | $26,000.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Mathnasium | 7100-000 | $500.00 | NA | NA | NA |
| N/F | McDonald Hopkins LLC | 7100-000 | $1,468.00 | NA | NA | NA |
| N/F | NorthShore University Health System | 7100-000 | $171.00 | NA | NA | NA |
| N/F | Northwestern Medical Group | 7100-000 | $1,777.00 | NA | NA | NA |
| N/F | Northwestern Memorial Hospital | 7100-000 | $4,701.14 | NA | NA | NA |
| N/F | Whitted, Takiff, Hansen, LLC | 7100-000 | $2,048.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $680,703.14 | $518,302.96 | $518,302.96 | $0.00 |

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 17-18254 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | JOHNS, ALEXANDER B. | Date Filed (f) or Converted (c): | 06/16/2017 (f) |
| | | § 341(a) Meeting Date: | 07/18/2017 |
| For Period Ending: | 01/18/2019 | Claims Bar Date: | 12/27/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>2314 Lincoln Park West 4N and 4S, Chicago, IL 60614-3453-Condominium: Abandoned per o/c 8-1-17 | 1,100,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES<br>2011 Audi A4, 71000 miles: No equity. Automatic stay modified 11-28-17 | 10,561.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHING<br>Usual and ordinary household goods and furnishings (most 10-20 years old) including but not limited to Stickley reproduction armchairs, coffee table and bookcase; marble dining table; LifeFitness 95xe elliptical trainer and misc. Some items in storage locker belong to children. Location: Life Storage, 1840 N Clybourn Ave, Chicago, IL 60614: Inconsequential value | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS<br>Usual and ordinary, ipod, headphones, old game system and misc. Location: San Francisco and in storage unit with household goods and furnishings above: Exempt | 100.00 | 0.00 | | 0.00 | FA |
| 5 | COLLECTIONS<br>Papers, posters, personal photos, kids art projects, etc. Location: Life Storage, 1030 W North Ave, Chicago, IL 60642 4 paintings at a friend's house for climate-controlled storage: Inconsequential value | 2,600.00 | 145.20 | | 0.00 | FA |
| 6 | SPORTING EQUIPMENT<br>25 year old skis and ski boots, 4 snow tires Location: Life Storage, 1030 W North Ave, Chicago, IL 60642: Exempt | 100.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHES<br>Location: San Francisco and 2440 N. Lakeview Ave., #16B, Chicago, IL.- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 8 | FURS AND JEWELRY<br>Wedding ring, mother's old costume jewelry Location: storage locker with household goods and furnishings above: Inconsequential value | 200.00 | 0.00 | | 0.00 | FA |
| 9 | COLLECTIONS<br>2 cases of wines: Inconsequential value | 200.00 | 200.00 | | 0.00 | FA |
| 10 | CASH ON HAND<br>Exempt | 25.00 | 0.00 | | 0.00 | FA |
| 11 | BANK ACCOUNTS<br>Resource Management: UBS Financial Services Inc. (x64M9): Exempt | 1,020.20 | 0.00 | | 0.00 | FA |
| 12 | BANK ACCOUNTS<br>Checking: UBS Financial Services, Inc. - daughter's checking account, Debtor previously custodian may still be associated with in some way disclosed here in an abundance of caution only: Inconsequential value | 70.11 | 70.11 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 17-18254 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | JOHNS, ALEXANDER B. | Date Filed (f) or Converted (c): | 06/16/2017 (f) |
| | | § 341(a) Meeting Date: | 07/18/2017 |
| For Period Ending: | 01/18/2019 | Claims Bar Date: | 12/27/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | STOCK AND BUSINESS INTERESTS<br>8,818 shares MaxCyte stock - publicly traded in London- Trustee authorized to sell stock per o/c 10-19-17.  Sale closed 8/7/18. | 0.00 | 25,000.00 | | 26,199.16 | FA |
| 14 | STOCK AND BUSINESS INTERESTS<br>Arete Strategies, LLC - consulting business - Electronics: 2012 Apple MacBook Pro, 2013 Apple iPad Air 2, 2013 Apple iPhone 5S, 2017 Apple iPhone 7, 2-2016 Acer 25" displays (est. value $1,500). - Resource management account with UBS (x18M9): $0.00 balance - one old uncollectible receivable - potential claim against client for breach of, 100% ownership: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 15 | STOCK AND BUSINESS INTERESTS<br>Nonpublic stock and businesses: 40 shares of Novian Health (closely held corporation) - purchased in 2006 for $50,000 - estimated gross value $20,000: No equity | 20,000.00 | 0.00 | | 0.00 | FA |
| 16 | PENSION PLANS AND PROFIT SHARING<br>SEP-IRA: UBS Financial Services, Inc.: Exempt | 49,146.65 | 0.00 | | 0.00 | FA |
| 17 | PENSION PLANS AND PROFIT SHARING<br>IRA: UBS Financial Services, Inc.: Exempt | 40,528.56 | 0.00 | | 0.00 | FA |
| 18 | PENSION PLANS AND PROFIT SHARING<br>IRA: Morgan Stanley Wealth Management: Exempt | 921.00 | 0.00 | | 0.00 | FA |
| 19 | SECURITY DEPOSITS AND PREPAYMENTS<br>Life Storage:  Inconsequential value | Unknown | 0.00 | | 0.00 | FA |
| 20 | SECURITY DEPOSITS AND PREPAYMENTS<br>Com Ed: Inconsequential value | Unknown | 0.00 | | 0.00 | FA |
| 21 | INTEREST IN EDUCATION IRA<br>UBS Financial Services 529 Account for daughter: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 22 | FAMILY SUPPORT<br>Cross claims with former spouse: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 23 | INTEREST IN INSURANCE POLICIES<br>Blue Cross and Blue Shield (health), Progressive (homeowners) and Travelers (auto) polices: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 24 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Potential claim/counter-claim against Inland Bank: Inconsequential value | Unknown | 0.00 | | 0.00 | FA |
| 25 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Potential claim/counter-claim against condo association: Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| Case No.: | 17-18254 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | JOHNS, ALEXANDER B. | Date Filed (f) or Converted (c): | 06/16/2017 (f) |
| | | § 341(a) Meeting Date: | 07/18/2017 |
| For Period Ending: | 01/18/2019 | Claims Bar Date: | 12/27/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 25  Assets Totals (Excluding unknown values) | $1,230,672.52 | $25,415.31 | | $26,199.16 | $0.00 |

**Major Activities Affecting Case Closing:**

3/31/18- Trustee was authorized to sell debtor's shares of stock in company traded on London Stock Exchange, but encountered delays in obtaining possession of the share certificate and has not been able to liquidate as of this date.

Initial Projected Date Of Final Report (TFR): 12/31/2018          Current Projected Date Of Final Report (TFR): 11/27/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-18254 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | JOHNS, ALEXANDER B. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5631 | Account #: | ******8600 Checking |
| For Period Ending: | 01/18/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/14/18 | | Oppenheimer & Co, Inc | Proceeds of sale of stock | | 25,094.16 | | 25,094.16 |
| | {13} | Oppenheimer & Co., Inc. | Proceeds of sale of stock $26,199.16 | 1129-000 | | | 25,094.16 |
| | | Oppenheimer & Co, Inc | Commission per o/c 10-19-17 -$1,105.00 | 3991-500 | | | 25,094.16 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.24 | 25,074.92 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.23 | 25,055.69 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.65 | 25,033.04 |
| 12/20/18 | 101 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $927.50; Claim # ACCT; Filed: $927.50 | 3410-000 | | 927.50 | 24,105.54 |
| 12/20/18 | 102 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 4,437.49 | 19,668.05 |
| | | | Claims Distribution - Tue, 11-27-2018 $3,369.92 | 2100-000 | | | 19,668.05 |
| | | | Claims Distribution - Tue, 11-27-2018 $1,067.57 | 2200-000 | | | 19,668.05 |
| 12/20/18 | 103 | Edith Loper Johns | Distribution payment - Dividend paid at 34.48% of $57,041.07; Claim # 6; Filed: $57,041.07 | 5100-000 | | 19,668.05 | 0.00 |
| | | **COLUMN TOTALS** | | | 25,094.16 | 25,094.16 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 25,094.16 | 25,094.16 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$25,094.16** | **$25,094.16** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** 17-18254 | | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** JOHNS, ALEXANDER B. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***5631 | | **Account #:** | ******8600 Checking |
| **For Period Ending:** 01/18/2019 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8600 Checking | $25,094.16 | $25,094.16 | $0.00 |
| | **$25,094.16** | **$25,094.16** | **$0.00** |